UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  
  SHERRY LEVETT CANNON

CASE NO. 04 B 35630

CHAPTER 13

JUDGE: A. BENJAMIN GOLDGAR

    Debtor  
SSN XXX-XX-0800

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 09/24/04 and confirmed on 11/19/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 11592.65 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CREDIT ACCEPTANCE CORP | SECURED | 5562.22 | 466.22 | 5562.22 |
| AMERICASH LOANS | UNSECURED | 721.18 | .00 | 721.18 |
| AMERICASH LOANS | UNSECURED | 669.21 | .00 | 669.21 |
| CHECK N GO OF ILLINOIS I | UNSECURED | 460.52 | .00 | 460.52 |
| CITY OF CHICAGO | UNSECURED | 410.00 | .00 | 410.00 |
| CITY OF ZION | UNSECURED | NOT FILED | .00 | .00 |
| CONGDON FUNERAL HOME | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT PUBLIC AID | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL CARD S | UNSECURED | NOT FILED | .00 | .00 |
| LOAN SERVICING CENTER | UNSECURED | NOT FILED | .00 | .00 |
| RAYMOND CHEVROLET | UNSECURED | NOT FILED | .00 | .00 |
| SPIEGEL | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 5562.22 | .00 | 2260.91 | .00 | 7823.13 |
| PRINCIPAL PAID | 5562.22 | .00 | 2260.91 | .00 | 7823.13 |
| INTEREST PAID | 466.22 | .00 | .00 | .00 | 466.22 |
| TOTAL PAID | 6028.44 | .00 | 2260.91 | .00 | 8289.35 |

The Debtor's attorney, PETER FRANCIS GERACI         , was allowed $ 2700.00 and was paid $    2700.00 .

The Trustee received $     485.69 .

Refunds to the Debtor totaled $     117.61 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 10/11/07                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```